UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK GATHIGI KARANJA,<br><br>                       Plaintiff,<br><br>  v.<br><br>ASSOCIATE WARDEN NWDC, et al.,<br><br>                       Defendants. | No. C09-5391RBL/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 3. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Northwest Detention Center, Tacoma, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      DATED at Tacoma, Washington this <u>29th</u> day of July, 2009.

                                                         /s/ Karen L. Strombom
                                                         Karen L. Strombom
                                                         United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1